1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:14-cv-02586 MCE-DAD

12                  Plaintiff,

13            v.                              **RELATED CASE ORDER**

14   APPROXIMATELY $30,670.00 IN U.S.
     CURRENCY,
15
16                  Defendant.

17   UNITED STATES OF AMERICA,                No.  1:13-cv-01465 SAB

18                  Plaintiff,

19            v.

20   APPROXIMATELY $18,920.00 IN U.S.
     CURRENCY,
21
22                  Defendant.

23        The Court has received the Notice of Related Cases filed on November 5, 2014.

24   See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is

25   inappropriate to relate or reassign the cases, and therefore declines to do so.

26   ///

27   ///

28   ///

                                          1

1    This order is issued for informational purposes only, and shall have no effect on

2  the status of the cases, including any previous Related (or Non-Related) Case Order of

3  this Court.

4    IT IS SO ORDERED.

5  Dated:  February 24, 2015

6

7

8                                    _____
                                     MORRISON C. ENGLAND, JR, CHIEF JUDGE
9                                    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28