# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $18,920.00 IN U.S. CURRENCY,<br><br>            Defendant. | Case No.  1:13-cv-01465-SAB<br><br>ORDER VACATING MARCH 25, 2015 HEARING |

Plaintiff filed a complaint for forfeiture in rem on September 11, 2013.  (ECF No. 1.)  A claim was filed by Christian Dapaah on November 27, 2013 and December 3, 2013.  (ECF Nos. 7, 9.)  Mr. Dapaah filed an answer on December 24, 2013.  (ECF No. 14.)  On February 10, 2015, Plaintiff filed a motion to strike the claim and answer of Christian Dapaah with a hearing on the motion set for March 25, 2015.  (ECF No. 21.)  Pursuant to the Local Rules, Mr. Dapaah's opposition to the motion was due on March 11, 2015.  L.R. 230(c).  Mr. Dapaah did not file a timely opposition to the motion.  Therefore, Mr. Dapaah is not entitled to be heard at a hearing on Plaintiff's motion.  L.R. 230(c).

///

///

///

1

1  The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the matter is taken under submission.  The previously scheduled hearing set on March 25, 2015 at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **March 13, 2015**

UNITED STATES MAGISTRATE JUDGE