# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $18,920.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | Case No. 1:13-cv-01465-SAB<br><br>ORDER ASSIGNING ACTION TO DOCKET OF DISTRICT JUDGE ANTHONY W. ISHII AND REFERRING ACTION TO MAGISTRATE JUDGE |

　　　　Plaintiff filed a complaint for forfeiture in rem on September 11, 2013. Christian Dapaah filed a claim in this action pro se on November 27, 2013; on December 3, 2013, a claim for Mr. Dapaah was filed by his attorney; and an answer was filed on December 24, 2013. (ECF Nos. 7, 9, 14.) Plaintiff and Mr. Dapaah filed a consent to the jurisdiction of the magistrate judge and this action was reassigned to Magistrate Judge Stanley A. Boone. (ECF Nos. 11, 13, 15.) On February 21, 2015, Plaintiff filed a motion to strike the claim and answer of Mr. Dapaah and entry of default judgment against all potential claimants to the forfeited property. (ECF No. 21.) As Plaintiff seeks judgment against parties not currently before the Court, this action shall be reassigned to the docket of the undersigned.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is assigned to the docket of District Judge Anthony W. Ishii;

The new case number shall be:

    1:13-cv-01465-AWI-SAB

All future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

2. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __March 13, 2015__      _____
                                           SENIOR DISTRICT JUDGE