# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $18,920.00 IN U.S. CURRENCY,<br><br>            Defendant. | Case No.  1:13-cv-01465-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE |

On March 13, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 17, 2015**

UNITED STATES MAGISTRATE JUDGE

1